IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANTONIO PATTON, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIV. ACT. NO. 1:22-cv-135-TFM-MU |
| vs. ) | CRIM. ACT. NO. 1:21-cr-20-TFM |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION AND ORDER

On June 29, 2022, the Magistrate Judge entered a Report and Recommendation which recommends the petition filed by Antonio Patton ("Petitioner" or "Patton") pursuant to 28 U.S.C. § 2255 be denied and dismissed and that no evidentiary hearing is necessary. *See* Doc. 52. Patton timely filed objections and the United States of America timely responded to the objections. *See* Docs. 53, 54. As such, the matter is ripe for review.

The Court is familiar with the history of this case as the undersigned was the judge who handled the underlying criminal case including the change of plea hearing and sentencing (which occurred approximately one year ago). *See* Docs. 19, 37, 38. The undersigned also handled a post-sentencing motion filed by Patton earlier this year. *See* Doc. 46. The Court reviewed Patton's objections to the recommendation and find that they do not comport with the evidence or the well-reasoned analysis of the Magistrate Judge. As such, they are overruled.

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the report and recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court. Accordingly, Petitioner's motion to vacate, set aside, or correct sentence under 28

U.S.C. § 2255 (Doc. 45) is **DENIED** and **DISMISSED**.   The Court also finds that Patton is not entitled to either a Certificate of Appealability or to appeal *in forma pauperis*.

Final judgment shall issue separately in accordance with this order and Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 2nd day of November, 2022.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE